# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130779

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DERRICK J. RAY,
    Defendant-Appellant.

SC: 130779
COA: 263449
Wayne CC: 95-014100-01

_____/

On order of the Court, the application for leave to appeal the February 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

s0724